_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 09-1298 JST (MLGx)                                              Date:  July 10, 2012

Title:  CHRISTOPHER KEARNEY, et al. v. HYUNDAI MOTOR COMPANY, et al.

Present: The Honorable JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       **(In Chambers) ORDER ISSUING ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE**

       On October 27, 2011, this Court stayed this action for forty-five days pending finalization of a settlement agreement. (Doc. 69.)  Since that date the parties have failed to take any action in this matter.  The Court orders the parties to show cause, within five days of the issuance of this Order, why this action should not be dismissed for failure to prosecute.  Failure to timely respond will result in immediate dismissal.

                                                                Initials of Preparer:  enm

_____
**CIVIL MINUTES – GENERAL**                                                                                                  1