Elaine T. Byszewski (SBN 222304)
Lee M. Gordon (SBN 174168)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
Pasadena, CA  91101
Tel. (213) 330-7150
Fax (213) 330-7152
E-mail: elaine@hbsslaw.com

Robert B. Carey (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ  85003
Tel. (602) 840-5900
Fax (602) 840-3012

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Tel. (206) 623-7292
Fax (206) 623-0594

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KEARNEY, NANCY KEARNEY, CHARLES MOORE, and SHARI MOORE,<br><br>                Plaintiffs,<br><br>    v.<br><br>HYUNDAI  MOTOR AMERICA,<br><br>               Defendant. | No. SACV09-01298 JST (MLGx)<br><br>**SUPPLEMENTAL DECLARATION OF ROBERT B. CAREY IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD PAYMENTS, PURSUANT TO THE COURT'S JUNE 7, 2013 ORDER**<br><br>**CLASS ACTION**<br><br>**Hon. Josephine Staton Tucker** |

I, Robert B. Carey, declare:

1.     I am an attorney admitted *pro hac vice* before this Court.  I am a partner at the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") and counsel for plaintiffs Christopher Kearney, Nancy Kearney, Charles Moore, and Shari Moore.  Steve W. Berman[1] and I[2] were appointed by the Court as settlement class counsel ("Class Counsel") in this matter on December 17, 2012.  (Dkt. 91 at 12, 25-26.)  I am submitting this supplemental declaration in support of Class Counsel's application for an award of attorneys' fees, expenses, and incentive awards in connection with services rendered in the above-entitled action to provide an update regarding attorneys' fees to the Court pursuant to the Court's June 7, 2013 Order. (Dkt. 129.)

2.     On August 28, 2012, the parties participated in a mediation session with the Honorable Stephen J. Sundvold (Ret.) in Orange, California, regarding an award of attorneys' fees and expenses for Class Counsel—the mediation took place *after* the Settlement Agreement was signed.  Based on Judge Sundvold's "mediator's recommendation" and additional discussion between the parties, HMA agreed to pay Class Counsel a total of $993,000.00 in attorneys' fees and expenses and $2,500 to

---

[1] *See* Declaration of Steve W. Berman regarding Adequacy of Counsel to Represent Class (Dkt. 88).

[2] *See* Declarations of Robert B. Carey in support of (i) Joint Motion for Preliminary Approval of Class Settlement (Dkt. 73-3); (ii) Supplemental Brief regarding Adequacy of Counsel to Represent Class (Dkt. 79-1); (iii) Motion for Certification of a Settlement Class (Dkt. 81); (iv) Adequacy of Counsel to Represent Class (Dkt. 87); (v) Joint Motion for Final Approval of Class Settlement (Dkt. 96); (vi) Motion for an Award of Attorneys' Fees, Expenses, and Incentive Award Payments (Dkt. 97-4, 131-3); (vii) Plaintiffs' Supplemental Memorandum of Law regarding Class Members' Support of the Settlement (Dkt. 120, 124); and (viii) Plaintiffs' Supplemental Brief in Response to Court's Order regarding *In re HP Inkjet Printer Litigation* (Dkt. 127).

- 1 -

Case No.: SACV09-01298 JST (MLGx)

010137-11  477164 V1

SUPPLEMENTAL DECLARATION OF ROBERT B. CAREY IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES, ETC., PURSUANT TO JUNE 7, 2013 ORDER

each of the four Class Representatives as an incentive award for their time and effort in participating in the litigation—the incentive awards are not included in the fee-and-expense award.

   3. The total number of hours spent on this Litigation by Class Counsel is 1864.80 with another 535 hours anticipated to reach the end of the Litigation.  These 535 hours comprise approximately 212 hours of attorney time and 323 hours of paralegal time (the parties estimate Class Counsel will need the equivalent of three full-time paralegals for three months to attend to the post-settlement aspects of the litigation).  The total lodestar amount for attorney/professional time based on the firm's hourly rate is currently $776,707.50, with the total final lodestar amount expected to be $922,605.00.  The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases.  A breakdown of the lodestar is as follows:

| NAME | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Leonard Aragon | 460.00 | 4.00 | $   1,840.00 |
| Camille Bass | 375.00 | 547.40 | 205,275.00 |
| Steve Berman | 800.00 | 28.80 | 23,040.00 |
| Jeniphr Breckenridge | 500.00 | 23.20 | 11,600.00 |
| Elaine Byszewski | 500.00 | 5.10 | 2,550.00 |
| Rob Carey | 650.00 | 368.20 | 239,330.00 |
| Jennifer Conte | 150.00 | 0.50 | 75.00 |
| John DeStefano | 395.00 | 20.50 | 8,097.50 |

Case No.: SACV09-01298 JST (MLGx)

010137-11  477164 V1

SUPPLEMENTAL DECLARATION OF ROBERT B. CAREY
IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS'
FEES, ETC., PURSUANT TO JUNE 7, 2013 ORDER

| NAME | RATE | HOURS | AMOUNT |
|------|------|-------|--------|
| Suzanne Ferris | 150.00 | 30.90 | 4,635.00 |
| Carrie Flexer | 190.00 | 3.20 | 608.00 |
| Audrey Froehlich | 150.00 | 157.70 | 23,655.00 |
| Lee Gordon | 575.00 | 1.30 | 747.50 |
| Lisa Hasselman | 550.00 | 136.70 | 75,185.00 |
| Cindy Johnson | 150.00 | 98.30 | 14,745.00 |
| Larry Kunzler | 170.00 | 1.50 | 255.00 |
| Brian Miller | 150.00 | 10.30 | 1,545.00 |
| Chris O'Hara | 500.00 | 1.10 | 550.00 |
| Georgia O'Neill | 150.00 | 3.30 | 495.00 |
| Marci Perkins | 150.00 | 10.30 | 1,545.00 |
| Andy St. John | 340.00 | 0.30 | 102.00 |
| Lauren Uhler | 150.00 | 12.10 | 1,815.00 |
| Etta Walters | 325.00 | 88.00 | 28,600.00 |
| Ellen Weber | 150.00 | 1.00 | 150.00 |
| Amy Wilkins | 425.00 | 305.10 | 129,667.50 |
| Aniela Wisniewski | 100.00 | 6.00 | 600.00 |

4.     My firm incurred a total of $47,419.10 in expenses in connection with the prosecution of this Litigation.  They are broken down as follows:

Case No.: SACV09-01298 JST (MLGx)

010137-11  477164 V1

SUPPLEMENTAL DECLARATION OF ROBERT B. CAREY
IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS'
FEES, ETC., PURSUANT TO JUNE 7, 2013 ORDER

| EXPENSE | AMOUNT |
|---|---|
| LexisNexis legal research | $ 2,186.18 |
| Photocopies | 407.66 |
| Messenger/Process Service | 2,310.79 |
| UPS/FedEx | 145.10 |
| Certificates of Good Standing | 64.00 |
| Travel (airfare, hotel, etc.) | 11,281.56 |
| *Pro hac vice* filing fees | 875.00 |
| Mediation | 3,132.50 |
| Electronic discovery | 11,000.00 |
| Contract lawyers | 7,890.00 |
| Investigation | 7,920.96 |
| Fax | 8.00 |
| Long distance phone | 45.79 |
| Pacer | 151.56 |
| Total | $47,419.10 |

Class Counsel estimates that it will expend approximately $10,500.00 more in costs before the close of the Litigation for items such as phone calls and correspondence with Class Members regarding participation in the potential refund/exchange program and arbitration, and photocopies.

Case No.: SACV09-01298 JST (MLGx)

010137-11  477164 V1

SUPPLEMENTAL DECLARATION OF ROBERT B. CAREY
IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS'
FEES, ETC., PURSUANT TO JUNE 7, 2013 ORDER

5.      The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

6.      Attached to this declaration as Exhibit A is a true and correct copy of Class Counsel's billing statement for the fees and costs expended in this Litigation up to and including June 19, 2013.

7.      If the Settlement is granted final approval, Class Counsel and opposing counsel will have to attend to the issues that will arise during administration of the Settlement, field inquiries from Class Members regarding the Settlement, and walk Class Members through the buyback/exchange and arbitration processes.  Class Counsel estimates an additional 535 hours necessary to conclude the Litigation.  The estimated total lodestar and cost amount to conclude this Litigation is $980,460.71.

8.      If the Court opts to award a multiplier instead of Class Counsel's expected final lodestar, that multiplier would likely be between 1.2 and 1.3, which is well below the 3-4 multipliers commonly approved in this Circuit for similar cases. *See Vizcaino v. Microsoft Corp.*, 290 F.3d 1043, 1051 (9th Cir. 2002); *Van Vranken v. Atlantic Richfield Co.*, 901 F. Supp. 294, 298 (N.D. Cal. 1995). (Dkt. 97-1 at 3, 17, 20-22; 131 at 3, 17, 21-22.)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

- 5 -

Case No.: SACV09-01298 JST (MLGx)

010137-11  477164 V1

SUPPLEMENTAL DECLARATION OF ROBERT B. CAREY
IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS'
FEES, ETC., PURSUANT TO JUNE 7, 2013 ORDER

1    Executed this 20th day of June, 2013 in Phoenix, Arizona.

2

3                                              _____

4                                              Robert B. Carey

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28