JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KEARNEY, NANCY KEARNEY, CHARLES MOORE, and SHARI MOORE,<br><br>Plaintiffs<br><br>v.<br><br>HYUNDAI MOTOR AMERICA,<br><br>Defendant. | No. SACV09-01298 JST (MLGx)<br><br>**JUDGMENT**<br><br>**CLASS ACTION**<br><br>**Hon. Josephine Staton Tucker** |

Pursuant to the Court's June 28, 2013 Order (Doc. 134) (1) Granting Joint Motion for Final Approval of Class Settlement (Doc. 95) and (2) Granting In Part Motion for Attorney Fees, Expenses, and Incentive Award Payment (Doc. 97), the Court hereby approves the terms of the parties' Settlement Agreement and FINAL JUDGMENT is hereby entered in this civil action.

All claims are hereby DISMISSED WITH PREJUDICE. This judgment does not operate as a dismissal of any claims of absent class members who properly requested exclusion from the Class in the time and manner provided for in the Class Notice.

Pursuant to the Court's June 28, 2013 Order, the Court awards (a) $776,707.50 in attorneys' fees to Class Counsel, (b) $47,419.10 in expenses to Class Counsel, and (c) $2,500.00 each to Christopher Kearney, Nancy Kearney, Charles Moore, and Shari Moore as incentive award payments. As set forth in the Court's June 28, 2013 Order, at the conclusion of the administration of the settlement process, Plaintiffs' counsel may submit an application for an award of attorneys' fees and expenses for the period beginning June 20, 2013, through the conclusion of the administration of the settlement process.

Date: July 29, 2013

_____
The Honorable Josephine Staton Tucker
United States District Judge

- 1 -