| | |
|---|---|
| 1 | Elaine T. Byszewski (SBN 222304) |
| 2 | Lee M. Gordon (SBN 174168) |
|   | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | 301 North Lake Avenue, Suite 203 |
|   | Pasadena, CA  91101 |
| 4 | Tel. (213) 330-7150 |
|   | Fax (213) 330-7152 |
| 5 | E-mail: elaine@hbsslaw.com |

Robert B. Carey (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ  85003
Tel. (602) 840-5900
Fax (602) 840-3012

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Tel. (206) 623-7292
Fax (206) 623-0594

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER KEARNEY, NANCY KEARNEY, CHARLES MOORE, and SHARI MOORE,<br><br>Plaintiffs<br><br>v.<br><br>HYUNDAI MOTOR AMERICA,<br><br>Defendant. | No. SACV09-01298 JLS (MLGx)<br><br>**AMENDED JUDGMENT**<br><br>**CLASS ACTION**<br><br>**Hon. Josephine L. Staton** |

\DC - 029016/000006 - 4720541 v8

Pursuant to the Court's June 28, 2013 Order (1) Granting Joint Motion for Final Approval of Class Settlement, and (2) Granting In Part Motion for Attorney Fees, Expenses, and Incentive Award Payment, (Doc. 134), FINAL AMENDED JUDGMENT is hereby entered in this civil action.

As required by the Court's June 28, 2013 Order, at the conclusion of the administration of the settlement process, Plaintiffs' counsel submitted an application for an award of attorneys' fees and expenses for the period beginning June 20, 2013, through the conclusion of the administration of the settlement process. On December 30, 2013, the Court issued an order granting that application. (Doc. 145.) Pursuant to the December 30, 2013 Order, the Court awards Class Counsel an additional $168,873.40 in attorneys' fees and expenses.

Date: December 30, 2013

                                                JOSEPHINE L. STATON
                                        _____
                                                JOSEPHINE L. STATON
                                          UNITED STATES DISTRICT JUDGE